IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALMA SURLES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 18-0192-KD-MU |
| ALLEN DARNELL SCOTT, JR., et al., | ) |
| Defendants. | ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is hereby **ORDERED** that Plaintiff's motion to remand (Doc. 4) is **DENIED.**

**DONE** this 10th day of August 2018.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE