# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ALMA SURLES, *et al.*,          :
                                :
    Plaintiffs,         :
                                :
vs.                             :   CIV. ACT. NO. 1:18-cv-192-TFM-MU
                                :
ALLEN DARNELL SCOTT, JR., *et al.*, :
                                :
    Defendants.         :

## **ORDER**

Pending before the court is the parties' *Joint Stipulation of Dismissal*. Doc. 40, filed October 4, 2019. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The joint stipulation is signed by both sides.[1] Doc. 40. Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the joint notice. Therefore, this case is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 4th day of October 2019.

                                        /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES DISTRICT JUDGE

---

[1] The Court notes the Joint Stipulation of Dismissal is signed by counsel for Plaintiffs on behalf of Alma Surles and K.S. Doc. 40 at 2. Andrea Surles was identified in the Complaint as K.S.'s mother and next friend on whose behalf Andrea Surles brought the Complaint. Doc. 2-1. However, on the date of this Order, counsel for Plaintiffs informed the Court K.S. has reached the age of majority. Therefore, a *pro ami* hearing will not be required, and Andrea Surles is no longer a party to this matter.